**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2081**

THE COMMONWEALTH OF VIRGINIA,

Plaintiff - Appellee,

v.

HUGUETTE ASSAF,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:25-cv-01285-RDA-WBP)

Submitted:  April 28, 2026                                Decided:  April 30, 2026

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Huguette Assaf, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Huguette Assaf appeals the district court's order remanding to state court Assaf's criminal proceedings, which she attempted to remove to federal court, because removal was improper under 28 U.S.C. § 1443(1). We have reviewed the record on appeal and discern no reversible error. Accordingly, we affirm the district court's remand order. *The Commonwealth of Va. v. Assaf*, No. 1:25-cv-01285-RDA-WBP (E.D. Va. Aug. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*